# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **Interstate Intrinsic Value Fund A LLC** | CIVIL ACTION NO: |
| **Plaintiff** | COMPLAINT |
| vs. | RE:<br>257 Beech Plain Road, Buxton, ME 04093 |
| **Clifford L. Sperrey,**<br>**Amanda E. Sperrey a/k/a Amanda E. Lyle** | Mortgage:<br>September 25, 2006<br>Book 14977, Page 220  York County |
| **Defendants** | |

NOW COMES the Plaintiff, Interstate Intrinsic Value Fund A LLC, by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby complains against the Defendants, Clifford L. Sperrey and Amanda E. Sperrey a/k/a Amanda E. Lyle, as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant 28 U.S.C. § 1332(a)(1) (Diversity) because the Plaintiff and Defendants are citizens of different states and the matter in controversy exceeds the sum or value of seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs.  Any Court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the object of this litigation is a Note executed under seal currently owned and held by Interstate Intrinsic Value Fund A LLC, in which the Defendants, Clifford L. Sperrey and Amanda E. Sperrey a/k/a Amanda E. Lyle, are the obligor and the total amount owed under the terms

of the Note is Eighty-Three Thousand Ninety-Two and 23/100 ($83,092.23) Dollars, plus attorney fees and costs associated with the instant action; the mortgage that secures the property situated at 257 Beech Plain Road, City/Town of Buxton, County of York, and State of Maine, which has an assessed value of one hundred fifty-four thousand, one hundred and sixty-nine ($154,169.00) dollars; and is also subject to a senior mortgage in the original face amount of $171,000.00 thus, the amount in controversy exceeds the jurisdictional threshold of seventy-five thousand ($75,000.00) dollars.

3. Venue is properly exercised pursuant to 28 U.S.C. §1391(b)(2) insofar as all or a substantial portion of the events that give rise to the Plaintiff's claims transpired in Maine and the property is located in Maine.

## PARTIES

4. Interstate Intrinsic Value Fund A LLC is a limited Liability Company with its principal place of business located at 3835R E Thousand Oaks Blvd #413, Westlake Village, CA 91362.

5. The Defendant, Amanda E. Sperrey a/k/a Amanda E. Lyle, is a resident of Buxton, County of York and State of Maine.

6. The Defendant, Clifford L. Sperrey, is a resident of Buxton, County of York and State of Maine.

## FACTS

7. On December 2, 2002, by virtue of a Warranty Deed from Francine Joy Hannigan and Kurt Dommermuth, which is recorded in the York County Registry of Deeds in **Book 12252, Page 20**, the property situated at 257 Beech Plain Road, City/Town of Buxton, County of York, and State of Maine, was conveyed to Amanda E. Sperrey a/k/a Amanda E. Lyle and Clifford L. Sperrey, being more particularly described by the attached legal description. *See* Exhibit A (a true and correct copy of the legal description is attached hereto and incorporated herein).

8. On September 25, 2006, Defendants, Clifford L. Sperrey and Amanda E. Sperrey a/k/a Amanda E. Lyle, executed and delivered to Countrywide Bank, N.A. a certain Note under seal in the amount of $52,000.00. *See* Exhibit B (a true and correct copy of the Note is attached hereto and incorporated herein).

9. To secure said Note, on September 25, 2006, Defendants, Amanda E. Sperrey a/k/a Amanda E. Lyle and Clifford L. Sperrey executed a Mortgage Deed in favor of Mortgage Electronic Registration Systems, Inc as nominee for Countrywide Bank, N.A., securing the property located at 257 Beech Plain Road, Buxton, ME 04093 which Mortgage Deed is recorded in the York County Registry of Deeds in **Book 14977**, **Page 220**. *See* Exhibit C (a true and correct copy of the Mortgage is attached hereto and incorporated herein).

10. The Mortgage was then assigned to Old Republic Insurance Company by virtue of an Assignment of Mortgage dated October 10, 2018 and recorded in the York County Registry of Deeds in **Book 17858**, **Page 719**. *See* Exhibit D (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

11. The Mortgage was then assigned to Interstate Intrinsic Value Fund A LLC by virtue of an Assignment of Mortgage dated October 10, 2018 and recorded in the York County Registry

of Deeds in **Book 17858**, **Page 720**. *See* Exhibit E (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

12. The Mortgage was further assigned to Interstate Intrinsic Value Fund A LLC by virtue of a Quitclaim Assignment dated February 4, 2020 and recorded in the York County Registry of Deeds in **Book 18165**, **Page 349**. *See* Exhibit F (a true and correct copy of the Quitclaim Assignment is attached hereto and incorporated herein).

13. On March 2, 2021, the Defendants, Clifford L. Sperrey and Amanda E. Sperrey a/k/a Amanda E. Lyle, were sent a Notice of Mortgagor's Right to Cure, as evidenced by the Certificate of Mailing (herein after referred to as the "Demand Letter"). *See* Exhibit G (a true and correct copy of the Demand Letter and related "Green Cards" is attached hereto and incorporated herein).

14. The Demand Letter informed the Defendants, Clifford L. Sperrey and Amanda E. Sperrey a/k/a Amanda E. Lyle, of the payment due date, the total amount necessary to cure the default, and the deadline by which the default must be cured, which was thirty-five (35) days from receipt of the Demand Letter. *See* Exhibit G.

15. The Defendants, Clifford L. Sperrey and Amanda E. Sperrey a/k/a Amanda E. Lyle, failed to cure the default prior to the expiration of the Demand Letter.

16. The Plaintiff, Interstate Intrinsic Value Fund A LLC, is the present holder of the Note pursuant to endorsement by the previous holder (if applicable), payment of value and physical possession of the Note in conformity with 11 M.R.S. § 3-1201, et seq., and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929).

17. The Plaintiff, Interstate Intrinsic Value Fund A LLC, is the lawful holder and owner of the Note and Mortgage.

18. The Plaintiff, Interstate Intrinsic Value Fund A LLC, hereby certifies that all steps mandated by law to provide notice to the mortgagor pursuant to 14 M.R.S.A. § 6111 and/or Note and Mortgage were strictly performed.

19. The total debt owed under the Note and Mortgage as of September 30, 2021 is Eighty-Six Thousand Four Hundred Fifty-Three and 93/100 ($86,453.93) Dollars, which includes:

    | Description | Amount |
    | --- | --- |
    | Principal Balance | $42,052.81 |
    | Interest | $38,863.01 |
    | Recoverable Balance | $2,605.95 |
    | Accumulated Late Charges | $2,932.16 |
    | Grand Total | $86,453.93 |

    and the value of the subject property is $154,169.00 and is subject to a first mortgage in the original face amount of $171,000.00.

20. Upon information and belief, the Defendants, Clifford L. Sperrey and Amanda E. Sperrey a/k/a Amanda E. Lyle, are presently in possession of the subject property originally secured by the Mortgage.

## COUNT I – FORECLOSURE AND SALE

21. The Plaintiff, Interstate Intrinsic Value Fund A LLC, repeats and re-alleges paragraphs 1 through 20 as if fully set forth herein.

22. This is an action for foreclosure and sale respecting a real estate related Mortgage and title located at 257 Beech Plain Road, Buxton, County of York, and State of Maine. *See* Exhibit A.

23. The Plaintiff, Interstate Intrinsic Value Fund A LLC, is the holder of the Note referenced in Paragraph 11 pursuant to endorsement by the previous holder (if applicable) and physical possession of the aforesaid Note in conformity with Title 11, section 3-1201, et seq. of the

Maine Revised Statutes and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929). As such, Plaintiff, Interstate Intrinsic Value Fund A LLC, has the right to foreclosure and sale upon the subject property.

24. The Plaintiff, Interstate Intrinsic Value Fund A LLC, is the current owner and investor of the aforesaid Mortgage and Note.

25. The Defendants, Amanda E. Sperrey a/k/a Amanda E. Lyle and Clifford L. Sperrey, are presently in default on said Mortgage and Note, having failed to make the monthly payment due June 1, 2011, and all subsequent payments, and, therefore, have breached the condition of the aforesaid Mortgage and Note.

26. The total debt owed under the Note and Mortgage as of September 30, 2021 is Eighty-Six Thousand Four Hundred Fifty-Three and 93/100 ($86,453.93) Dollars, which includes:

| Description | Amount |
| --- | --- |
| Principal Balance | $42,052.81 |
| Interest | $38,863.01 |
| Recoverable Balance | $2,605.95 |
| Accumulated Late Charges | $2,932.16 |
| Grand Total | $86,453.93 |

27. The record established through the York County Registry of Deeds indicates that there are no public utility easements recorded subsequent to the Mortgage and prior to the commencement of these proceedings affecting the mortgaged premises at issue herein but there is a notice of layout and taking recorded at Book 16149, Page 190 which this action does not affect.

28. By virtue of the Defendants, Amanda E. Sperrey a/k/a Amanda E. Lyle and Clifford L. Sperrey's breach of condition, the Plaintiff hereby demands a foreclosure and sale on said real estate.

29. Notice in conformity with 14 M.R.S.A. § 6111 and/or Note and Mortgage was sent to the Defendants, Clifford L. Sperrey and Amanda E. Sperrey a/k/a Amanda E. Lyle, on March 2, 2021, evidenced by the Certificate of Mailing. *See* Exhibit G.

30. The Defendants, Clifford L. Sperrey and Amanda E. Sperrey a/k/a Amanda E. Lyle, are not in the Military as evidenced by the attached Exhibit H.

## COUNT II – BREACH OF NOTE

31. The Plaintiff, Interstate Intrinsic Value Fund A LLC, repeats and re-alleges paragraphs 1 through 30 as if fully set forth herein.

32. On September 25, 2006, the Defendants, Clifford L. Sperrey and Amanda E. Sperrey a/k/a Amanda E. Lyle, executed under seal and delivered to Countrywide Bank, N.A. a certain Note in the amount of $52,000.00. *See* Exhibit B.

33. The Defendants, Clifford L. Sperrey and Amanda E. Sperrey a/k/a Amanda E. Lyle, are in default for failure to properly tender the June 1, 2011 payment and all subsequent payments. *See* Exhibit G.

34. The Plaintiff, Interstate Intrinsic Value Fund A LLC, is the proper holder of the Note and is entitled to enforce the terms and conditions of the Note due to its breach by the Defendants, Clifford L. Sperrey and Amanda E. Sperrey a/k/a Amanda E. Lyle.

35. The Defendants, Clifford L. Sperrey and Amanda E. Sperrey a/k/a Amanda E. Lyle, having failed to comply with the terms of the Note and Mortgage, are in breach of both the Note and the Mortgage.

36. The Defendants Clifford L. Sperrey and Amanda E. Sperrey a/k/a Amanda E. Lyle's breach is knowing, willful, and continuing.

37. The Defendants Clifford L. Sperrey and Amanda E. Sperrey a/k/a Amanda E. Lyle's breach has caused Plaintiff Interstate Intrinsic Value Fund A LLC to suffer actual damages,

including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

38. The total debt owed under the Note and Mortgage as of September 30, 2021 is Eighty-Six Thousand Four Hundred Fifty-Three and 93/100 ($86,453.93) Dollars, which includes:

| Description | Amount |
| --- | --- |
| Principal Balance | $42,052.81 |
| Interest | $38,863.01 |
| Recoverable Balance | $2,605.95 |
| Accumulated Late Charges | $2,932.16 |
| Grand Total | $86,453.93 |

39. Injustice can only be avoided by awarding damages for the total amount owed under the Note including interest, plus costs and expenses, including attorney fees.

## COUNT III – BREACH OF CONTRACT, MONEY HAD AND RECEIVED

40. The Plaintiff, Interstate Intrinsic Value Fund A LLC, repeats and re-alleges paragraphs 1 through 39 as if fully set forth herein.

41. By executing, under seal, and delivering the Note, the Defendants, Clifford L. Sperrey and Amanda E. Sperrey a/k/a Amanda E. Lyle, entered into a written contract with Countrywide Bank, N.A. who agreed to loan the amount of $52,000.00 to the Defendants. *See* Exhibit B.

42. As part of this contract and transaction, the Defendants, Amanda E. Sperrey a/k/a Amanda E. Lyle and Clifford L. Sperrey, executed the Mortgage to secure the Note and the subject property. *See* Exhibit C.

43. The Plaintiff, Interstate Intrinsic Value Fund A LLC, is the proper holder of the Note and successor-in-interest to Countrywide Bank, N.A., and has performed its obligations under the Note and Mortgage.

44. The Defendants, Amanda E. Sperrey a/k/a Amanda E. Lyle and Clifford L. Sperrey, breached the terms of the Note and Mortgage by failing to properly tender the June 1, 2011 payment and all subsequent payments. *See* Exhibit G.

45. The Plaintiff, Interstate Intrinsic Value Fund A LLC, is the proper holder of the Note, and is entitled to enforce the terms and conditions of the Note due to its breach by the Defendants, Clifford L. Sperrey and Amanda E. Sperrey a/k/a Amanda E. Lyle.

46. The Defendants, Amanda E. Sperrey a/k/a Amanda E. Lyle and Clifford L. Sperrey, having failed to comply with the terms of the Note and Mortgage, are in breach of contract.

47. The Defendants, Amanda E. Sperrey a/k/a Amanda E. Lyle and Clifford L. Sperrey, are indebted to Interstate Intrinsic Value Fund A LLC in the sum of Eighty-Three Thousand Ninety-Two and 23/100 ($83,092.23) Dollars, for money lent by the Plaintiff, Interstate Intrinsic Value Fund A LLC, to the Defendants.

48. Defendants Amanda E. Sperrey a/k/a Amanda E. Lyle and Clifford L. Sperrey's breach is knowing, willful, and continuing.

49. Defendants Amanda E. Sperrey a/k/a Amanda E. Lyle and Clifford L. Sperrey's breach has caused Plaintiff, Interstate Intrinsic Value Fund A LLC, to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

50. The total debt owed under the Note and Mortgage as of September 30, 2021 is Eighty-Six Thousand Four Hundred Fifty-Three and 93/100 ($86,453.93) Dollars, which includes:

| Description | Amount |
| --- | --- |
| Principal Balance | $42,052.81 |
| Interest | $38,863.01 |
| Recoverable Balance | $2,605.95 |
| Accumulated Late Charges | $2,932.16 |

| | |
|---|---|
| Grand Total | $86,453.93 |

51. Injustice can only be avoided by awarding damages for the total amount owed under the Note and Mortgage, and for money had and received, including interest, plus costs and expenses, including attorney fees.

## COUNT IV – QUANTUM MERUIT

52. The Plaintiff, Interstate Intrinsic Value Fund A LLC, repeats and re-alleges paragraphs 1 through 51 as if fully set forth herein.

53. Countrywide Bank, N.A., predecessor-in-interest to Interstate Intrinsic Value Fund A LLC, loaned Defendants, Clifford L. Sperrey and Amanda E. Sperrey a/k/a Amanda E. Lyle, $52,000.00. *See* Exhibit B.

54. The Defendants, Amanda E. Sperrey a/k/a Amanda E. Lyle and Clifford L. Sperrey, are in default for failure to properly tender the June 1, 2011 payment and all subsequent payments. *See* Exhibit G.

55. As a result of the Defendants Amanda E. Sperrey a/k/a Amanda E. Lyle and Clifford L. Sperrey's failure to perform under the terms of their obligation, the Defendants, should be required to compensate the Plaintiff, Interstate Intrinsic Value Fund A LLC.

56. As such, the Plaintiff, Interstate Intrinsic Value Fund A LLC, is entitled to relief under the doctrine of *quantum meruit*.

## COUNT V –UNJUST ENRICHMENT

57. The Plaintiff, Interstate Intrinsic Value Fund A LLC, repeats and re-alleges paragraphs 1 through 56 as if fully set forth herein.

58. Countrywide Bank, N.A., predecessor-in-interest to Interstate Intrinsic Value Fund A LLC, loaned the Defendants, Clifford L. Sperrey and Amanda E. Sperrey a/k/a Amanda E. Lyle, $52,000.00. *See* Exhibit B.

59. The Defendants, Amanda E. Sperrey a/k/a Amanda E. Lyle and Clifford L. Sperrey, have failed to repay the loan obligation.

60. As a result, the Defendants, Amanda E. Sperrey a/k/a Amanda E. Lyle and Clifford L. Sperrey, have been unjustly enriched to the detriment of the Plaintiff, Interstate Intrinsic Value Fund A LLC as successor-in-interest to Countrywide Bank, N.A. by having received the aforesaid benefits and money and not repaying said benefits and money.

61. As such, the Plaintiff, Interstate Intrinsic Value Fund A LLC, is entitled to relief.

## PRAYERS FOR RELIEF

WHEREFORE, the Plaintiff, Interstate Intrinsic Value Fund A LLC, prays this Honorable Court:

a) Issue a judgment of foreclosure and sale in conformity with Title 14 § 6322;

b) Grant possession to the Plaintiff, Interstate Intrinsic Value Fund A LLC, upon the expiration of the period of redemption;

c) Find that the Defendants, Clifford L. Sperrey and Amanda E. Sperrey a/k/a Amanda E. Lyle, are in breach of the Note by failing to make payment due as of June 1, 2011, and all subsequent payments;

d) Find that the Defendants, Amanda E. Sperrey a/k/a Amanda E. Lyle and Clifford L. Sperrey, are in breach of the Mortgage by failing to make payment due as of June 1, 2011, and all subsequent payments;

e) Find that the Defendants, Amanda E. Sperrey a/k/a Amanda E. Lyle and Clifford L. Sperrey, entered into a contract for a sum certain in exchange for a security interest in the subject property;

f) Find that the Defendants, Amanda E. Sperrey a/k/a Amanda E. Lyle and Clifford L. Sperrey, are in breach of contract by failing to comply with the terms and conditions of the Note and Mortgage by failing to make the payment due June 1, 2011 and all subsequent payments;

g) Find that the Plaintiff, Interstate Intrinsic Value Fund A LLC, is entitled to enforce the terms and conditions of the Note and Mortgage;

h) Find that by virtue of the money retained by the Defendants, Amanda E. Sperrey a/k/a Amanda E. Lyle and Clifford L. Sperrey have been unjustly enriched at the Plaintiff's expense;

i) Find that such unjust enrichment entitles the Plaintiff, Interstate Intrinsic Value Fund A LLC, to restitution;

j) Find that the Defendants, Amanda E. Sperrey a/k/a Amanda E. Lyle and Clifford L. Sperrey, are liable to the Plaintiff, Interstate Intrinsic Value Fund A LLC, for money had and received;

k) Find that the Defendants, Amanda E. Sperrey a/k/a Amanda E. Lyle and Clifford L. Sperrey, are liable to the Plaintiff for quantum meruit;

l) Find that the Defendants, Amanda E. Sperrey a/k/a Amanda E. Lyle and Clifford L. Sperrey, have appreciated and retained the benefit of the Mortgage and the subject property;

m) Find that it would be inequitable for the Defendants, Amanda E. Sperrey a/k/a Amanda E. Lyle and Clifford L. Sperrey, to continue to appreciate and retain the benefit of the Mortgage, Note and subject property without recompensing the appropriate value;

n) Find that the Plaintiff, Interstate Intrinsic Value Fund A LLC, is entitled to restitution for this benefit from the Defendants, Amanda E. Sperrey a/k/a Amanda E. Lyle and Clifford L. Sperrey;

o) Determine the amount due on said Mortgage and Note, including principal, interest, reasonable attorney's fees and court costs;

p) Additionally, issue a money judgment against the Defendants, Amanda E. Sperrey a/k/a Amanda E. Lyle and Clifford L. Sperrey, and in favor of the Plaintiff, Interstate Intrinsic Value Fund A LLC, in the amount of Eighty-Three Thousand Ninety-Two and 23/100 ($83,092.23 Dollars, the total debt owed under the Note plus interest and costs including attorney's fees and costs;

q) For such other and further relief as this Honorable Court deems just and equitable.

Respectfully Submitted,
Interstate Intrinsic Value Fund A LLC,
By its attorneys,

Dated: October 21, 2021

/s/ Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com