DEBRA L. ANDERSON, REGISTER OF DEEDS
E-RECORDED   Bk 17858  PG 719
Instr # 2018051436
12/10/2018 09:11:18 AM
Pages 1    YORK CO

WHEN RECORDED, RETURN TO:
FIRST AMERICAN TITLE INSURANCE CO.
1100 SUPERIOR AVENUE, SUITE 200
CLEVELAND, OHIO 44114

Prepared By: Candace Leonas
Republic Insured Credit Services, Inc.
307 N. Michigan Avenue
Chicago, IL 60601
Min No.:
(888) 679-MERS
Claim No.:
800-621-7873

# ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, Mortgage Electronic Registration Systems, Inc., ("MERS"), whose address is 1901 E Voorhees Street, Suite C, Danville, IL 61834, as nominee for Countrywide Bank, N.A., a NATL. ASSN., its successors and assigns, whose address is 1199 North Fairfax St., Ste. 500, Alexandria, VA 22314, hereby assigns and transfers to Old Republic Insurance Company, whose address is 307 N. Michigan Ave., Chicago, IL 60601, all its right, title and interest in and to a certain Mortgage executed by Clifford L Sperrey, and Amanda E Sperrey, whose address is 257 Beech Plain Rd., Buxton, ME 04093-6317, bearing the date of September 25, 2006, and recorded on October 10, 2006, in the office of the recorder of York County, State of Maine in Doc#: 2006056646, and BK: 14977 and PG's: 0220 - 0230.

Property Address: 257 Beech Plain Rd., Buxton, ME 04093-6317

Signed on the __10__ day of October, 2018

Mortgage Electronic Registration Systems, Inc., ("MERS"), as nominee for Countrywide Bank, N.A., a NATL. ASSN., its successors and assigns

_____
Carl H. Brauer, Assistant Secretary

State of Illinois }
County of Cook } ss:

On the __10th__ day of October, 2018, before me, Candace Leonas, a Notary Public, personally appeared Carl H. Brauer, to me known, who being duly sworn, did say that he is the Assistant Secretary of Mortgage Electronic Registration Systems, Inc., ("MERS"), as nominee for Countrywide Bank, N.A., a NATL. ASSN., its successors and assigns, and that said instrument was signed on behalf of said corporation.

_____
Candace Leonas - Notary Public
My Commission Expires: 03/06/2021

CANDACE LEONAS
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
March 06, 2021

I HEREBY CERTIFY THIS A TRUE AND CORRECT COPY OF THE ORIGINAL FILED IN YORK COUNTY MAINE REGISTRY OF DEEDS
ATTEST: _____
         Deputy Registrar

EXHIBIT D