DEBRA L. ANDERSON, REGISTER OF DEEDS
E-RECORDED   Bk 17858  PG 720
Instr # 2018051437
12/10/2018  09:11:18 AM
Pages 1      YORK CO

WHEN RECORDED, RETURN TO:
FIRST AMERICAN TITLE INSURANCE CO.
1100 SUPERIOR AVENUE, SUITE 200
CLEVELAND, OHIO 44114

Prepared By: Candace Leonas
Republic Insured Credit Services, Inc.
307 North Michigan Avenue
Chicago, IL 60601
Claim #
800-621-7873

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, Old Republic Insurance Company whose address is 307 N. Michigan Ave., Chicago, IL 60601, hereby assigns and transfers to Interstate Intrinsic Value Fund A, LLC, whose address is 3835 – R E. Thousand Oaks Blvd., Suite 413, Westlake Village, CA 91362, all its right, title and interest in and to a certain Mortgage executed by Clifford L Sperrey, and Amanda E Sperrey, whose address is 257 Beech Plain Rd., Buxton, ME 04093-6317, bearing the date of September 25, 2006, and recorded on October 10, 2006, in the office of the recorder of York County, State of Maine, in Doc # 2006056646, and BK: 14977 and PG's: 0220 - 0230.

Property Address: 257 Beech Plain Rd., Buxton, ME 04093-6317

Signed on the __10__ day of October, 2018

Old Republic Insurance Company

By _____
Carl H. Brauer - Authorized Representative

State of Illinois  }
County of Cook   } ss:

On the 10th day of October, 2018, before me, Candace Leonas, a Notary Public, personally appeared Carl H. Brauer, to me known, who being duly sworn, did say that he is the Authorized Representative of Old Republic Insurance Company, and that said instrument was signed on behalf of said corporation.

CANDACE LEONAS
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
March 06, 2021

Candace Leonas – Notary Public
My Commission Expires: 03/06/2021

I HEARBY CERTIFY THIS A TRUE AND CORRECT COPY OF THE ORIGINAL FILED IN YORK COUNTY MAINE REGISTRY OF DEEDS

ATTEST: _____
         REGISTRAR

EXHIBIT
E