
NANCY E HAMMOND, REGISTER OF DEEDS
Bk 18165 PG 349
Instr # 2020006144
02/07/2020 10:38:36 AM
Pages 1    YORK CO

## Quitclaim Assignment

WHEREAS, Countrywide Bank N.A. is identified as the "Lender" on a certain mortgage executed by Clifford L Sperrey, and Amanda E Sperrey and bearing the date of the 25th day of September, 2006 and recorded on the 10th day of October, 2006 in the Office of the Recorder of York County, State of Maine in Book 14977 at Page 220 Doc #2006056646 (hereinafter the "Mortgage");

WHEREAS, Mortgage Electronic Registration System, Inc. ("MERS") is designated the mortgagee in the Mortgage as the nominee of Countrywide Bank N.A. and its successors and assigns, and, upon recording of the Mortgage, became the mortgagee of record;

WHEREAS, Countrywide Bank N.A. wishes to convey and assign any and all rights it may have under the Mortgage to Interstate Intrinsic Value Fund A, LLC; and

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, Countrywide Bank N.A. hereby assigns and quit claims to Interstate Intrinsic Value Fund A, LLC all of its rights, title and interests (whatever they may be, if any) in the Mortgage to Interstate Intrinsic Value Fund A, LLC.

Dated: 2-4-2020

Bank of America NA, successor by merger to Countrywide Bank National Association

_____
Lori Davis-Cross, Assistant Vice President


STATE OF FLORIDA, COUNTY OF HILLSBOROUGH

The foregoing instrument was acknowledged before me by means of ☒ physical presence or ☐ online notarization, this 4th day of February, 2020, by Lori Davis-Cross, Assistant Vice President of Bank of America NA, successor by merger to Countrywide Bank National Association. He/She is personally known to me or has produced N/A as identification.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal the day and year last written.

Notary Public: **Debora Patricia Marrero**
My Commission Expires: 2/13/2022

DEBORA PATRICIA MARRERO
Notary Public, State of Florida
Commission# GG 185583
My comm. expires Feb. 13, 2022

Prepared by: Lori Davis-Cross
When Recorded Return to:
Bank of America, N. A.
MC: FL1-908-01-05
4909 Savarese Circle,
Tampa, FL 33634

**EXHIBIT F**